IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | I N D I C T M E N T |
| ) | |
| Plaintiff,   ) | |
| ) | CASE NO. 5:19 CR 713 |
| v.   ) | |
| ) | Title 18, United States Code, |
| KENJA T. THOMAS,   ) | Section 751(a)(1) |
| ) | |
| Defendant.   ) | JUDGE LIOI |

### COUNT 1
(Escape by a Prisoner in Custody of an Institution or Officer, 18 U.S.C. §751(a)(1))

The Grand Jury charges:

On or about October 11, 2019, in the Northern District of Ohio, Eastern Division, Defendant KENJA T. THOMAS did knowingly escape from the custody of an officer of the United States pursuant to a lawful arrest warrant, to wit: a warrant issued by United States District Court for the District of New Mexico, Case Number 1:18-cr-00458-WJ-1, for the offense of Possession with Intent to Distribute 50 grams of Methamphetamine (21 U.S.C. § 841(a)(1) and (b)(1)(A)), in violation of Title 18, United States Code, Section 751(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.